United States Bankruptcy Court
Eastern District of New York

In re:  
90 West Street LLC  
     Debtor

Case No. 18-40515-nhl  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: dcapers     Page 1 of 1     Date Rcvd: Feb 02, 2018  
                             Form ID: 245      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.

```
db              90 West Street LLC,   1600 63rd St,   Brooklyn, NY 11204-2713
smg             NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
                  Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                  Albany, NY 12240-0001
smg            +United States of America,   Secretary of the Treasury,   15th Street & Pennsylvania Ave. NW,
                  Washington, DC 20220-0001
9187433         Avi Lipschutz,   17 Van Winkle Rd,   Monsey, NY 10952-1334
9187434        +Duane Morris LLP,   Attn: Keri Linnea Wintle, Esq.,   100 High St Ste 2400,
                  Boston, MA 02110-1724
9187436         KCP Advisory Group,   2400 District Ave Ste 215,   Burlington, MA 01803-5242
9187437         Larry Lipschutz,   4775 Collins Ave Apt 901,   Miami Beach, FL 33140-5202
9187438         Massachusetts Department of Revenue,   PO Box 9564,   Boston, MA 02114-9564
9187440         Oxford Finance LLC,   Attn: John Toufanian, Esq,   133 N Fairfax St,
                  Alexandria, VA 22314-3229
9187439         Oxford Finance LLC,   Attn: Portfolio Manager,   133 N Fairfax St,   Alexandria, VA 22314-3229
9187441         Treasurer/Tax Collector,   121 Glen Rd,   Wilmington, MA 01887-3500
9187442         Woodbriar Health Center,   90 West St,   Wilmington, MA 01887-3039
9187443         Ziggy Brach,   1600 63rd St,   Brooklyn, NY 11204-2713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 02 2018 18:33:27
                  NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
                  Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 02 2018 18:33:05
                  Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                  U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
9187435         E-mail/Text: cio.bncmail@irs.gov Feb 02 2018 18:33:00     Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Internal Revenue Service,   PO Box 7346,   Philadelphia, PA   19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:

```
              Kevin J Nash    on behalf of Debtor    90 West Street LLC KNash@gwfglaw.com,  jstrauss@gwfglaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                              TOTAL: 2
```

**Information to identify the case:**

| | |
|---|---|
| Debtor | **90 West Street LLC** |
| | Name |
| | EIN **47–2936006** |

United States Bankruptcy Court **Eastern District of New York**

Case number: **1–18–40515–nhl**

Date case filed for chapter **11  1/30/18**

# NOTICE OF ELECTRONIC FILING PROCEDURE
# INFORMATION REGARDING MEETING OF CREDITORS

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with E.D.N.Y. LBR 9011–1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial–up or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1–800–676–6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD–ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD–ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Microsoft Word include a built–in conversion utility. Use a separate flash drive or CD–ROM/DVD for each filing. Submit the CD–ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the flash drive or CD–ROM/DVD.

**Important Note: If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to the second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: February 2, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

## NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS

What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the ecurity numberebtor's social security number.

**BLnef.jsp** [Notice of Electronic Filing rev. 02/01/17]