```
                            United States Bankruptcy Court
                             Eastern District of New York

In re:                                                             Case No. 18-40515-nhl
90 West   Street LLC                                               Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-1          User: ahoward              Page 1 of 1          Date Rcvd: Feb 08, 2018
                              Form ID: pdfall            Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
db               90 West   Street LLC,   1600 63rd St,   Brooklyn, NY 11204-2713
cr              +Oxford Finance LLC,   133 North Fairfax Street,   Alexandria, VA 22314-3229
9187433          Avi Lipschutz,   17 Van Winkle Rd,   Monsey, NY 10952-1334
9187434         +Duane Morris LLP,   Attn: Keri Linnea Wintle, Esq.,   100 High St Ste 2400,
                  Boston, MA 02110-1724
9187436          KCP Advisory Group,   2400 District Ave Ste 215,   Burlington, MA 01803-5242
9187437          Larry Lipschutz,   4775 Collins Ave Apt 901,   Miami Beach, FL 33140-5202
9187438          Massachusetts Department of Revenue,   PO Box 9564,   Boston, MA 02114-9564
9187440          Oxford Finance LLC,   Attn: John Toufanian, Esq,   133 N Fairfax St,
                  Alexandria, VA 22314-3229
9190305         +Oxford Finance LLC,   c/o John Robert Weiss,   Duane Morris LLP,   190 South LaSalle Street,
                  Suite 3700,   Chicago, IL 60603-3433
9187439          Oxford Finance LLC,   Attn: Portfolio Manager,   133 N Fairfax St,   Alexandria, VA 22314-3229
9190255         +Patricia H. Heer,   DUANE MORRIS LLP,   1540 Broadway,   New York, NY 10036-4086,
                  E-Mail: phheer@duanemorris.com,   Tel. 10036-4086
9187441          Treasurer/Tax Collector,   121 Glen Rd,   Wilmington, MA 01887-3500
9187442          Woodbriar Health Center,   90 West St,   Wilmington, MA 01887-3039
9187443          Ziggy Brach,   1600 63rd St,   Brooklyn, NY 11204-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9187435          E-mail/Text: cio.bncmail@irs.gov Feb 08 2018 18:27:05     Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9190254          Oxford Finance LLC represented by
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
          John Robert Weiss    on behalf of Creditor    Oxford Finance LLC jrweiss@duanemorris.com
          Kevin J Nash    on behalf of Debtor    90 West   Street LLC KNash@gwfglaw.com,  jstrauss@gwfglaw.com
          Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
          Patricia H Piskorski Heer    on behalf of Creditor    Oxford Finance LLC phheer@duanemorris.com,
           NYDocket@duanemorris.com
                                                                                            TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:   90 West Street LLC                                                    Chapter 11

                                                                                             Case No. 18-40515-NHL

                                 Debtor.
------------------------------------------------------------x

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

      90 West Street LLC  (the "Debtor") having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on January 30, 2018,  and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is hereby

      **ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held by the undersigned Bankruptcy Judge in Courtroom 3577,  271-C Cadman Plaza East, Brooklyn, New York 11201 on **March 8, 2018 at 11:00 a.m.**   , and it is further

      **ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the Case Management Conference and shall be prepared to address the following matters:

1. the nature of the Debtor's business and the reason for the Chapter 11 filing;
2. the Debtor's financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;
11. if this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to 11 U.S.C. § 362(d)(3) and whether the Debtor intends to commence adequate protection payments;
12. if this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by 11 U.S.C. § 1121(e);

13. if this is an individual Chapter 11 case, whether the Debtor anticipates satisfying the Bankruptcy Code requirements that apply to such cases;
14. the scheduling of additional Case Management Conferences; and
15. any other case administrative matters, and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.



_____

**Dated: February 7, 2018**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**