UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                              Chapter 11

90 West Street LLC,                                    Case No. 18-40515-NHL

                                                 Debtor.
---------------------------------------------------------x

## DECLARATION OF SERVICE

I, Ina Petersen, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On April 30, 2018, I caused to be served (a) the Notice of Presentment of Proposed Order, (b) the Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof, (c) Debtor's Application for an Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof, together with (d) the Notice of Deadline Requiring Filing of Proofs of Claim on those creditors and parties set forth in **Schedule "A"**, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                      /s/ Ina Petersen

Dated: New York, NY
        April 30, 2018

**Schedule "A"**

KCP Advisory Group, LLC
c/o John T. Morrier, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Oxford Finance LLC
c/o Patricia H. Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014