UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                      Chapter 11

90 West Street LLC,                                         Case No. 18-40515-NHL

                        Debtor.
---------------------------------------------------------x

## **DECLARATION OF SERVICE**

I, J. Ted Donovan, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On May 4, 2018, I caused to be served the Order Shortening time for the Hearing on Debtor's Motion to Approve Bidding Procedures, together with the Motion on creditors and parties in interest by Priority Overnight Federal Express delivery on those persons set forth in Schedule "A", and by Overnight Mail on those person set forth in Schedule "B", all marked for delivery on May 7, 2018 before 10:30 a.m.

I also served those parties set forth in Schedule "C" via E-Mail.

Dated: New York, NY
       May 7, 2018

                                                       /s/ J. Ted Donovan

**Schedule "A"**

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Duane Morris LLP
Attn: Keri Linnea Wintle, Esq.
100 High St Ste 2400
Boston, MA 02110-1767

KCP Advisory Group
2400 District Ave Ste 215
Burlington, MA 01803-5242

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Oxford Finance LLC
Attn: Portfolio Manager
133 N Fairfax St
Alexandria, VA 22314-3229

Oxford Finance LLC
Attn: John Toufanian, Esq
133 N Fairfax St
Alexandria, VA 22314-3229

Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA 01887-3500

Woodbriar Health Center
90 West St
Wilmington, MA 01887-3039

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713

Massachusetts Department of Health
250 Washington Street
Boston, MA 02108-4603

KCP Advisory Group, LLC
c/o John T. Morrier, Esq
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210


Oxford Finance LLC
c/o Patricia H Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street,  Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

**Schedule "B"**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

**Schedule "C"**

ziggyb@soundaroundusa.com

JRWeiss@duanemorris.com

morrier@casneredwards.com

PHHeer@duanemorris.com

sam@lanzar.com

YCR@windsorglobal.com

klwintle@duanemorris.com

zisha@synergyhs.com

larrl18@aol.com