UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                          Chapter 11

90 West Street LLC,                                    Case No. 18-40515-NHL

                                      Debtor.
----------------------------------------------------------x

## DECLARATION OF SERVICE

        I, Ina Petersen, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

        On May 30, 2018, I caused to be served the Notice of Hearing on Debtor's Motion for an Order Extending the Debtor's Exclusive Periods to File a Plan of Reorganization and to Solicit Acceptances Thereto Pursuant to 11 U.S.C.§1121(d)(1), together with the Motion on creditors and parties in interest set forth in **Schedule "A"**, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, NY
       May 30, 2018

                                                    /s/ Ina Petersen

**Schedule "A"**

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Duane Morris LLP
Attn: Keri Linnea Wintle, Esq.
100 High St Ste 2400
Boston, MA 02110-1767

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KCP Advisory Group
2400 District Ave Ste 215
Burlington, MA 01803-5242

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

Oxford Finance LLC
Attn: Portfolio Manager
133 N Fairfax St
Alexandria, VA 22314-3229

Oxford Finance LLC
Attn: John Toufanian, Esq
133 N Fairfax St
Alexandria, VA 22314-3229

Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA 01887-3500

Woodbriar Health Center
90 West St
Wilmington, MA 01887-3039

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713

Massachusetts Department of Health
250 Washington Street
Boston, MA 02108-4603

KCP Advisory Group, LLC
c/o John T. Morrier, Esq
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Oxford Finance LLC
c/o Patricia H Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street,  Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

NY City Department of Finance
345 Adams Street
Brooklyn, NY 11201

Illinois National Insurance Company
80 Pine Street, 13th Floor
New York, NY 10005