UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                          Chapter 11

90 West Street LLC,                                             Case No. 18-40515-NHL

                            Debtor.
----------------------------------------------------------x

## **DECLARATION OF SERVICE**

I, Ina Petersen**,** declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On June 20, 2018, I caused to be served the Notice of Auction and Sale on those creditors and parties set forth in **Schedule "A"**, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


                                                                /s/ Ina Petersen



Dated: New York, NY
       June 20, 2018

**Schedule "A"**

Capital Finance LLC
and Capital Funding LLC
01422 Clarkview Rd
Baltimore, MD 21209-2385

EverSource
247 Station Dr
Westwood, MA 02090-2394

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

John O. Mirick, Esq.
Mirick, O'Connell et al
100 Front St
Worcester, MA 01608-1425

Paige Barr Tinkham, Esq.
Katten Muchin Rosenman
525 W Monroe St
Chicago, IL 60661-3629

Kenneth J. Ottaviano, Esq.
Katten Muchin Rosenman
525 W Monroe St
Chicago, IL 60661-3629

Town Assessor
Town of Watertown
29 Main St
Watertown, MA 02472-4404

Town of Watertown Dept of Public Works
124 Orchard St
Watertown, MA 02472-1816

Bigelow Oil & Energy
50 Tower Rd # 1
Newton, MA 02464-1523

City of Newton
Assessment Administration
1000 Commonwealth Ave
Newton Center, MA 02459-1449

City of Newton
1000 Commonwealth Ave
Newton Center, MA 02459-1449

National Grid
245 S Main St
Hopedale, MA 01747-1412

Chief Assessor, City of Amesbury
62 Friend St
Amesbury, MA 01913-2825

City of Amesbury
62 Friend St
Amesbury, MA 01913-2825

Hudson Energy
PO Box 29193
New York, NY 10087-9193

Pennichuk
200 Concord St
Nashua, NH 03064-1202

City Assessor
City Hall
455 Main St Rm 209
Worcester, MA 01608-1870

City of Worcester
76 E Worcester St
Worcester, MA 01604-3650

Marylou Martin, Esq.
Office of the US Trustee
201 Varick St., Ste. 1006
New York, NY 10014

John T. Morrier, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, Massachusetts 02210