UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11

90 West Street LLC,                                             Case No. 18-40515-NHL

                      Debtor.
-----------------------------------------------------------x

## **DECLARATION OF SERVICE**

       I, J. Ted Donovan, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

       On June 25, 2018, I caused to be served the Proposed Order to Employ Broker to Conduct Auction Sale, together with the application therefor and Notice of Presentment thereof on all creditors and parties in interest by Priority Overnight Federal Express delivery on those persons set forth in Schedule "A", and by Overnight Mail on those person set forth in Schedule "B", all marked for delivery on the morning of June 26, 2018.

       On June 25, 2018, I also served those parties set forth in Schedule "C" via E-Mail.

Dated: New York, NY
       June 26, 2018

                                                        /s/ J. Ted Donovan

**Schedule A**

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA 01887-3500

Woodbriar Health Center
90 West St
Wilmington, MA 01887-3039

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713

Massachusetts Department of Health
250 Washington Street
Boston, MA 02108-4603

KCP Advisory Group, LLC
c/o John T. Morrier, Esq
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Oxford Finance LLC
c/o Patricia H Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street,  Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

Meridian Capital Group LLC
Attn: Mr. Ari Dobkin
One Battery Park Plaza, 26th Floor
New York, NY 10004

**Schedule B**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

**Schedule C**

| | |
|---|---|
| Ari Lipschutz | zisha@synergyhs.com |
| Larry Lipschutz | larrl18@aol.com |
| Zigmund Brach | ziggyb@soundaroundusa.com |
| John Morrier | morrier@casneredwards.com |
| John Weiss | JRWeiss@duanemorris.com |
| Patricia Heer | PHHeer@duanemorris.com |
| Marylou Martin | Marylou.Martin@usdoj.gov |
| Ari Dobkin | ADobkin@meridiancapital.com |