UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                         Chapter 11

90 West Street LLC,                                                    Case No. 18-40515-NHL

                             Debtor.
-----------------------------------------------------------x

## **DECLARATION OF SERVICE**

      I, J. Ted Donovan, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

      On August 15, 2018, I caused to be served the Revised Notice of Auction and Sale (ECF #61) on those creditors and parties in interest set forth in **Schedule "A"**, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      On August 15, 2018, I also caused to be served the Revised Notice of Auction and Sale (ECF #61) on those creditors and parties in interest set forth in **Schedule "B"**, by e-mail.

                                                    /s/ J. Ted Donovan

SCHEDULE "A"

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

Treasurer/Tax Collector
121 Glen Rd
Wilmington, MA 01887-3500

Woodbriar Health Center
90 West St
Wilmington, MA 01887-3039

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713

Massachusetts Department of Health
250 Washington Street
Boston, MA 02108-4603

KCP Advisory Group, LLC
c/o John T. Morrier, Esq
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Oxford Finance LLC
c/o Patricia H Piskorski Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

John Robert Weiss, Esq.
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603

Office of the US Trustee
Attn: Marylou Martin, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

Meridian Capital Group LLC
Attn: Mr. Ari Dobkin
One Battery Park Plaza, 26th Floor
New York, NY 10004

SCHEDULE "B"

| | |
|---|---|
| Avi Lipschutz | zisha@synergyhs.com |
| Larry Lipschutz | larrl18@aol.com |
| Ziggy Brach | ziggyb ziggyb@soundaroundusa.com |
| John T. Morrier, Esq | morrier@casneredwards.com |
| Patricia H Piskorski Heer, Esq. | PHHeer@duanemorris.com |
| John Robert Weiss, Esq. | JRWeiss@duanemorris.com |
| Marylou Martin, Esq. | Marylou.Martin@usdoj.gov |
| Ari Dobkin | ADobkin@meridiancapital.com |